**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-02651-LTB-OES

JASON SHERMAN,
   Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER, and
JODI HOGLE,
   Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


  Defendants' Unopposed Motion to Amend Answer to Plaintiff's Complaint and Jury Demand (Doc 10 - filed December 22, 2005) is **GRANTED**.  The tendered Amended Answer is accepted for filing.


Dated:  December 23, 2005

---