IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02651-LTB-MEH

JASON SHERMAN,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER and JODI HOGLE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 24, 2006.**

    Based upon the parties' agreement, and the entire record herein, the Joint Motion for Stipulated Protective Order [Filed February 17, 2006; Docket #22] is **granted**. The Court will sign the Protective Order and enter it on the record.