IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-02651-LTB-MEH

JASON SHERMAN,

       Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER, and
JODI HOGLE,

       Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 54 - filed November 8, 2006) and Defendants' Response to Plaintiff's Stipulated Motion to Dismiss With Prejudice and Stipulation to Dismiss (Doc 55 - filed November 8, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

DATED: November 9, 2006